IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
v.                                                                        CASE NO. 1:97-cr-00036-MP

HILTON OID HUDSON,

    Defendant.
_____/

## O R D E R

    This matter is before the Court on Doc. 129, a letter from the Federal Bureau of Prisons concerning Mr. Hudson's request to the Bureau for credit toward his federal sentence for time spent in state custody. (See this Court's Order at Doc. 125 instructing Mr. Hudson that such a request must be made directly to the Bureau of Prisons.) The Bureau requested that the undersigned review this case and to inform the Bureau if the Court objected to a nunc pro tunc designation of the state facility as the designated facility for serving the federal sentence, effectively rendering the sentences concurrent. The Court has reviewed the judgment and presentence report in this case and objects to such a nunc pro tunc designation as inconsistent with this Court's concerns in sentencing Mr. Hudson. A copy of this order should be sent to the Bureau of Prisons.

    **DONE AND ORDERED** this   *4th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge