PROB 12B
(7/93)

# United States District Court
## for the
## Northern District Of Florida

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hilton Oid Hudson        Case Number: 1:97CR36-001

Name of Sentencing Judicial Officer:    The Honorable Maurice M. Paul
                                             Senior United States District Judge

Date of Original Sentence: May 4, 1998        Type of Supervision:    Supervised Release

Original Offense:                                                Date Supervision Commenced:
<u>Count 1</u>: Sale of a Pistol by a Licensed Firearms Dealer to a    September 8, 2008
Person Less Than 21 Years of Age, in violation of 18
U.S.C.§§ 922(b)(1) and 924 (a)(1)(D), a Class "D" Felony.
<u>Count 3</u>: False Entry Into a Required Firearm Record by a
Licensed Firearms Dealer, in violation of 18 U.S.C. §§
922(m) and 924(a)(3)(B), a Class "A" Misdemeanor.

Original Sentence: Sixty (60) months imprisonment as to     Date Supervision Expires: September 7, 2011
Count 1 and three (3) months imprisonment as to Count 3,
with said terms to run consecutive with each other,
followed by three (3) years supervised release as to Count 1
and one (1) year as to Count 3, said terms to run
concurrently.

---

## PETITIONING THE COURT

       The defendant has recently endured some hardships in his life. During a recent home visit, the probation officer observed that the defendant was depressed and the defendant asked if there was any counsel available to him. Attached is a copy of Probation Form 49, "Waiver of Hearing to Modify Conditions of Supervised Release," signed by the defendant.

## CAUSE

       The probation officer recommends the defendant's term of supervised release be modified in the following manner:
       The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this Court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

Rec'd 10 12 10 USDCFlnl PM 02 38

Prob 12B
Re: HUDSON, Hilton Oid
Page 2

              Respectfully submitted,

         by _____

              Glenn H. McInnes
              Sr. United States Probation Officer
              Date: October 8, 2010

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

_____
Date